United States District Court
Southern District of Texas
**ENTERED**
December 02, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN JON NICHOLSON, | § | |
| (SPN #01106283) | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-20-2896 |
| | § | |
| ED GONZALEZ, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ON DISMISSAL**

On August 13, 2020, the petitioner, John Jon Nicholson, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Online research reveals that the petitioner is no longer in custody of the Harris County Jail. The Court has confirmed through telephone inquiry that he is no longer in the Harris County Jail.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will send notices only to the address on file. The petitioner has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 James Wm. Moore et al., *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2017). The petitioner is advised, however, that upon a proper showing, relief from this Order may be granted in accordance with Fed. R. Civ.

O:\RAO\VDG\2020\20-2896.a01.wpd

P. 60(b).  *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution.  The petitioner's

Motion to Proceed In Forma Pauperis, (Docket Entry No. 2), is DENIED without prejudice.

SIGNED at Houston, Texas, on    December 2            , 2020.


VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE